**** AFFIDAVIT OF SERVICE ****  01/04/2008

SHERIFFS NUMBER: S08000154    DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...            Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO**
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 8995<br>CONTROL # 13686 | 28.00 |

**COURT DATA**   ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:            STATE: NY    COUNTY OF VENUE: Southern District
COURT DOCKET #:   07CIV8726    **CAPTION OF CASE**
NAME:        BASILIO AYALA AND ZOILA SINCHI
         VS  VERIZON NEW YORK, INC., ET ALS.

**DEFENDANT OR NAMED WITHIN TO BE SERVED**
NAME:     HILLMAN ENVIORONMENTAL GROUP, LLC.
ADDRESS:  1600 ROUTE 22 EAST
          UNION, NJ 07083

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

[X] SERVED SUCCESSFULLY   [ ] UNABLE TO SERVE    NUMBER OF ATTEMPTS ____
DATE: 1/9/08   TIME: 13:20    DATE: ____  DATE: ____
                              TIME: ____  TIME: ____
REMARKS: _____     DATE: ____  DATE: ____
                              TIME: ____  TIME: ____

[ ] PERSONALLY DELIVERED   [ ] OFFICER   [ ] MANAGING AGENT   [ ] REGISTERED AGENT
[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   [X] AGENT AUTHORIZED TO ACCEPT
                                                [ ] IS IN THE MILITARY   [ ] NOT IN THE MILITARY

PERSON SERVED: ELAINE BENTLEY - ENVIORNMENTAL HEALTH AND SAFETY COORDINATOR
                                  (TITLE/RELATIONSHIP)

SEX:     [ ] MALE        [X] FEMALE
SKIN:    [X] WHITE       [ ] BLACK       [ ] YELLOW     [ ] BROWN      [ ] RED
HEIGHT:  [ ] UNDER 5 FT. [X] 5.0 - 5.6 FT. [ ] 5.7 - 6.0 FT. [ ] OVER 6 FT.
WEIGHT:  [ ] UNDER 100 LBS. [X] 100 - 150 LBS. [ ] 151 - 200 LBS. [ ] OVER 200 LBS.
HAIR:    [ ] BLACK       [X] BROWN       [ ] BLOND      [ ] GRAY       [ ] RED      [ ] WHITE   [ ] BALDING
AGE:     [ ] 14 - 20     [ ] 21 - 35     [X] 36 - 50    [ ] 51 - 65    [ ] OVER 65

SWORN TO AND SUBSCRIBED     FRANCES DIDONATO
BEFORE ME ON                NOTARY PUBLIC OF NEW JERSEY
                            My Commission Expires Dec. 3, 2009

                                                                    SIGNATURE
                                                       SHERIFF'S OFFICER OF UNION COUNTY
                                                              STATE OF NEW JERSEY